AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Linwood Barnhill<br><br>Defendant(s) | ) ) ) ) ) ) ) ) | Case: 1:25-mj-00069<br>Assigned To: Judge Upadhyaya, Moxila A.<br>Assign. Date: 4/30/2025<br>Description: COMPLAINT W/ARREST WARRANT |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___April 1, 2024 to April 29, 2025___ in the county of _____ in the

_____ in the District of ___Columbia___ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1591(a)(1), (b)(1) (Sex Trafficking by Force, Fraud, or Coercion), | |
| 18 U.S.C. § 1591(a)(1), (b)(2) (Sex Trafficking of Children), | |
| 18 U.S.C. § 2422(b) (Coercion and Enticement), | |
| 18 U.S.C. § 2423(a) (Transportation with Intent to Engage in Criminal Sexual Activity), | |
| 18 U.S.C. § 1952(a)(3)(A) (Interstate Travel or Transportation in Aid of Racketeering Enterprises). | |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1
by telephone.

Date: ___04/30/2025___

_____
*Judge's signature*

City and state: ___Washington, D.C.___          Moxila A. Upadhyaya, U.S. Magistrate Judge
                                                *Printed name and title*